**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Tommy Ware

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. Cr.S-13-0054 KJM |
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| vs. | ) MODIFYING CONDITIONS OF RELEASE |
| TOMMY WARE | ) |
| Defendant | ) |

    For the reasons stated below, defendant, TOMMY WARE, alone, through counsel, and the Government, through counsel, Assistant United States Attorney, Jason Hitt, stipulate that MR. Ware's condition of release may be modified to delete the requirement of Electronic Monitoring. This stipulation has been discussed with Pre-trial Services Officer, Darryl Walker, and he concurs.

    By this Court's previous order of February 4, 2013 Mr. Ware was placed released on conditions and Pre-Trial supervision. Those conditions have included Electronic Monitoring. It is Mr. Walker's considered opinion that Electronic Monitoring is no

-1-

longer required. All other conditions of release, however, shall remain in full force and effect.

**IT IS SO STIPULATED**

/s/Jason Hitt
JASON HITT, Esq.,                    Dated: October 8, 2013
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW                Dated: October 8, 2013
Michael B. Bigelow
Attorney for Defendant
Tommy Ware

**IT IS SO ORDERED**

**Hon. Allison Claire**                DATED: October 8, 2013
United States Magistrate Judge

\#
\#
\#
\#
\#
\#